UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAURA AGERTON & CAROL MALEY, <br><br>Plaintiffs, <br><br>vs. <br><br>WYETH, WYETH PHARMACEUTICALS, WYETH PHARMACEUTICAL, WYETH-AYERST LABORATORIES COMPANY, dba WYETH, and/or WYETH PHARMACEUTICAL and/or WYETH PHARMACEUTICALS, and DOES I-X, <br><br>Defendants. | Case No. 3:07-cv-00599-LRH-VPC <br><br>ORDER FOR EXTENSION OF TIME TO ANSWER (FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for the undersigned that Defendants Wyeth, Wyeth Pharmaceutical, Wyeth Pharmaceuticals, and Wyeth-Ayerst Laboratories Company's time to answer or otherwise plead with respect to Plaintiffs' Complaint in this action is hereby extended to February 1, 2008.

//
//
//
//
//
//
//

-1-

1  DATED this 26th day of December, 2007.

| By: /s/ (signature) <br> Mark Mausert (Nevada Bar No 2398) <br> mausert@nvbell.net <br> 930 Evans Avenue <br> Reno, Nevada 89512 <br> (775) 786-5477 <br> (775) 786-9658 (fax) <br><br> *Attorney for Plaintiffs* <br> Laura Agerton & Carol Maley | LEWIS AND ROCA LLP <br><br> By: /s/   Anthony L. Martin <br> Anthony L. Martin (Nevada Bar No.8177) <br> LEWIS AND ROCA LLP <br> 3993 Howard Hughes Pkwy, Suite 600 <br> Las Vegas, Nevada 89169 <br> (702) 949-8282 <br> (702) 949-8358 (fax) <br><br> *Attorney for Defendants* <br> Defendants Wyeth, Wyeth Pharmaceutical, Wyeth Pharmaceuticals, and Wyeth-Ayerst Laboratories Company |

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  December 27, 2007